# Court of Appeals
# of the State of Georgia

ATLANTA,  June 26, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1696. JOSEPH MARVIN PINCKNEY v. THE STATE.**

Joseph Marvin Pinckney, who has been charged with burglary, theft by taking, and theft by receiving stolen property, filed a plea in bar arguing that the indictment was barred by the statute of limitations. The trial court denied Pinckney's motion, and he filed this appeal.

As a general rule, a right of direct appeal lies from a final judgment; that is, where the case is no longer pending below. See OCGA § 5-6-34 (a) (1). The Supreme Court has created limited exceptions to this rule, including where a criminal defendant seeks review of a trial court order denying his plea in bar based on statutory speedy trial or double jeopardy claims. See *Hubbard v. State*, 254 Ga. 694 (333 SE2d 827) (1985) (statutory speedy trial); *Patterson v. State*, 248 Ga. 875 (287 SE2d 7) (1982) (double jeopardy). However, the Supreme Court has declined to extend these limited exceptions. See *Crane v. State*, 281 Ga. 635, 636 (641 SE2d 795) (2007) (defendant may not directly appeal the denial of a motion to dismiss under OCGA § 16-3-24.2). Here, Pinckney's motion was not based on either a statutory speedy trial claim or a double jeopardy claim. Accordingly, he was required to comply with the interlocutory appeal procedures to obtain appellate review at this

time. See OCGA § 5-6-34 (b).[1] This premature appeal is, therefore, DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__06/26/2018_____*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

*Stephen E. Castlen*

_____ , *Clerk.*

---

[1] Pickney has also filed an application for interlocutory review of the same order. This Court dismissed that application as untimely. See Case No. A18I0239.